1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. JESUS RAMOS RODRIGUEZ, <br><br> Plaintiff, <br><br> v. <br><br> MARIA XOCHITL MEJIA TORRES, et al., <br><br> Defendants. | No. 2:25-cv-02143-DC-CSK (PS) <br><br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS <br><br> (Doc. Nos. 2, 3) |

On September 12, 2025, the magistrate judge filed findings and recommendations, which were served on Plaintiff J. Jesus Ramos Rodriguez and contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (Doc. No. 3.) Plaintiff has not filed objections to the findings and recommendations, and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), this court reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis. The court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1.      The findings and recommendations filed September 12, 2025 (Doc. No. 3) are

ADOPTED IN FULL;

2.      Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is DENIED;

3.      Plaintiff's complaint (Doc. No. 1) is DISMISSED without leave to amend; and

1

1          4.      The Clerk of the Court is directed to close this case.

2

3          IT IS SO ORDERED.

4    Dated:    **December 11, 2025**

                                                    _____
5                                                   Dena Coggins
                                                    United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2